UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HYBRID CAPITAL GROUP, LLC, and VSG INTERNATIONAL, LLC,<br><br>                                Plaintiffs,<br><br>-v.-<br><br>BERT PADELL & COMPANY, INC, GLENN A. GIBSON JR., LISA GORDON, and PUBLIC ADMINISTRATOR OF NEW YORK COUNTY,<br><br>                                Defendants. | 17 Civ. 6343 (KPF)<br><br>**DEFAULT JUDGMENT** |

KATHERINE POLK FAILLA, District Judge:

    NOW THEREFORE, this action having been commenced on August 21, 2017 by filing the filing of the summons and complaint and a copy of same having been served upon: (i) Defendant Bert Padell & Company, Inc. a/k/a Bert Padell & Company through the New York Secretary of State on April 13, 2018 (Dkt. #43); (ii) Defendants Glenn A. Gibson, an individual and doing business as Atlas Investment Enterprise and defendant Lisa Gordon by email on May 17, 2018 (Dkt. #55); and (iii) Defendant the Public Administrator of New York County, as the personal representative of the Estate of Bert Padell, on March 28, 2019 (Dkt. #78), and the time for each defendant to answer the complaint having expired, it is

    ORDERED ADJUDGED AND DECREED that Plaintiff Hybrid Capital Group, LLC have a judgment in its favor and against Defendants Bert Padell & Company, Inc. a/k/a Bert Padell & Company, Glenn A. Gibson, Jr. and the

Public Administrator of New York County jointly and severally in the principal amount of $300,000.00, plus prejudgment interest at the rate of 9% from August 31, 2012, in the amount of $216,073.97 as of July 30, 2020, the date of Final Judgment, costs and attorney's fees

IT IS FURTHER ORDERED ADJUDGED AND DECREED that Plaintiff Hybrid Capital Group, LLC have a judgment in its favor and against Defendant Lisa Gordon in the principal amount of $12,500.00 plus prejudgment interest at the rate of 9% from August 21, 2012, in the amount of $9,033.90 as of July 30, 2020, the date of Final Judgment, costs and attorney's fees.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that Plaintiff VSG International, LLC have a judgment in its favor and against Defendants Bert Padell & Company, Inc. aka Bert Padell & Company, Glenn A. Gibson, Jr. and the Public Administrator of New York County in the principal amount of $300,000.00, plus prejudgment interest at the rate of 9% from November 11, 2012, in the amount of $208,454.79 as of July 30, 2020, the date of Final Judgment, costs and attorney's fees.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that Plaintiffs Hybrid Capital Group, LLC and VSG International, LLC have a judgment in their favor against Defendants Bert Padell & Company, Inc. aka Bert Padell & Company, Glenn A. Gibson, Jr., Lisa Gordon, and the Public Administrator of New York County for $25,056.00 in attorneys' fees and $2,406.70 in costs.

SO ORDERED.

Dated: July 30, 2020
       New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge